Pro Se 14 (INND Rev. 2/20)

-FILED-
page 1
FEB 13 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Jamarion Thomas, R.R.,
[You are the PLAINTIFF, print your full name on this line.]

v.

David Gladieux,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 1:23CV62
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] David Gladieux  Sheriff | 715 Calhoun St ## 101, Fort Wayne, IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] Graham  Correctional Officer | 417 S Calhoun St. Fort Wayne, IN 46802 |
| 3 | Thywe  Correctional Officer | 417 S Calhoun St. Fort Wayne, IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **Allen County Jail. 417 S Calhoun St. Fort Wayne, IN 46802**

3. Did the event you are suing about happen there? ☑ Yes  ◯ No, it happened at: _____

4. On what date did this event occur? **Approximately May 28, 2021 to NOW**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On approximately May 28, 2021 to July 27, 2021 at the Allen County Jail, I was not able to move around enough. There was inmates on the floor in the dayroom and also on the floor by other inmates bunks. I had to step over and sometimes stepped on other inmates to get where I was going. During times I slept on the floor, I was stepped on and over plus I couldn't get adequate sleep. This caused arguments and fights. I suffered an injury in a fight and when I went to nursing I was told nothing can be done about it. Gladieux, Graham, Hoyece violated my constitutional rights.

2. Because of the overcrowding I was subjected to unconstitutional conditions and it caused me injury. I suffered mental, physical, and emotional stress/pain. I came into the Allen County Jail approximately on May 21, 2021 and did not receive recreation time until approximately May 4, 2022. The block was small and overcrowded which made me unable to move around enough. I suffered extreme mental fatigue and my muscles atrophied. With me spending more than a year confined in overcrowded conditions, unsanitary conditions, lack of medical care, and plus lack of recreation its cruel and unusual Punishment. Due to overcrowding and lack

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

of staff I could not practice religion. Plus there was none or limited religious services.

3. I was sent to a discipline block approximately on July 27, 2021 to October 10, 2021 and approximately on Aug 4, 2022 to September 11, 2022. During these times and on this block I was in unsanitary conditions, unsafe, and overcrowded conditions. We was told we can't use cleaning chemicals for our cells so that they can be sanitized and clean. We had to smell each other urine and feces. There was bugs in and around our cells. We had to sleep and eat in unsanitized cells. There are no medical buttons in these cells also. I. Gladieux, Graham, Thywe, violated my first, eight, and fourteenth amendment rights.

4. From approximately May 28, 2021 to now, I was being held in unconstitutional conditions of confinement at the Allen County Jail. Some of the conditions includes overcrowding, unsanitary, lack of recreation, lack of staff/safety, medical care, and religion practice/religious services. These conditions caused me physical, mental, and emotional pain/stress. My First, Eight, and Fourteenth amendment rights were violated. 5. On approximately August 11, 2022 my property was searched by Officer Graham. He took a lot of my important legal work from my property and legal folder. My legal work should not have been took at all. I had court coming up and needed the papers he took for my case. The legal work that is gone was and still is important to my case. 6. On approximately Nov 19, 2022 Officer Thywe denied me rec. I didn't deny rec im supposed to be able to go. Thywe said my cellmate denied my choice to go to rec. My cellmate can't deny my rec choice. My cellmate was able to go to rec this day. Officer Thywe was supposed to wake me up at roll and ask but he didn't. We usually sign a sheet but he asked because we was locked down. I need rec for mental, physical, and emotional purposes.

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _grievance forms are electronic_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Compensatory damages for physical, emotional, and mental strain. For an amount of $280,000. Compensation damages for my amendment and constitutional rights being violated. Compensation damages for being housed in overcrowded, unsafe, unsanitary, lack of recreation, lack of staff, lack of religious services conditions.

   [Initial Each Statement]
   - JT  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   - JT  I will keep a copy of this complaint for my records.
   - JT  I will promptly notify the court of any change of address.
   - JT  I WILL NOT send more than one copy of any filing to the court.
   - JT  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   - JT  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 02/09/2023 at 6:33 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Jammariomi Thomas                    760324
   Signature                              Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]